725 F.2d 293
 LIBERTY MUTUAL INSURANCE COMPANY, Plaintiff-Appellant,
v.
GULF OIL CORPORATION, et al., Defendants-Appellees.
 No. 83-3354.
 United States Court of Appeals,
Fifth Circuit.
 Feb. 21, 1984.
 
 Christovich & Kearney, J. Walter Ward, Jr., Thomas C. Cowan, New Orleans, La., for plaintiff-appellant.
 Camp, Carmouche, Palmer, Barsh & Hunter, James R. Sutterfield, New Orleans, La., for defendants-appellees.
 Appeal from the United States District Court for the Eastern District of Louisiana; Charles Schwartz, Jr., Judge.
 Before POLITZ, RANDALL and JOLLY, Circuit Judges.
 PER CURIAM:
 
 
 1
 Having considered the record, briefs and oral argument, we affirm on the facts as found and the legal analysis made by the district court. 559 F.Supp. 777 (E.D.La.1983).
 
 
 2
 AFFIRMED.